UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARREN N. LIEBERFARB,

Plaintiff,

v.

MOD SYSTEMS INCORPORATED,

Defendant.

CASE NO. C08-1246-JCC

ORDER

This matter comes before the Court on Plaintiff's Motion to Extend Deadline to Amend Pleadings (Dkt. No. 22). Plaintiff seeks an extension of the deadline to amend his complaint to 60 days after Defendant has filed an answer to Plaintiff's amended complaint. The Federal Rules of Civil Procedure provide that the court may extend a pretrial deadline for "good cause." FED. R. CIV. P. 6(b). Plaintiff's Amended Complaint was filed on September 4, 2008. (Am. Compl. (Dkt. No. 7).) Defendant did not file its Answer until January 8, 2009 (Ans. (Dkt. No. 24).) Defendant has not filed an opposition to Plaintiff's request for an extension. Accordingly, the Court finds good cause to EXTEND the deadline for Plaintiff to amend his complaint to March 9, 2009, which is approximately 60 days after Defendant filed its Answer. Plaintiff's motion to extend (Dkt. No. 22) is therefore GRANTED.

SO ORDERED this 19th day of February, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 1